**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter __**7**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Boersma Plumbing & Heating Service, LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **48-1262782** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **439 W. 41st** <br> **Chicago, IL 60609** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br> **14449 Kilpatrick Avenue Midlothian, IL 60445** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership <br><br> ☐ Other. Specify: _____ |

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Boersma Plumbing & Heating Service, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

### Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2016**
MM / DD / YYYY

**X /s/ Paul Boersma**
Signature of authorized representative of debtor

**Paul Boersma**
Printed name

Title   **Member**

**18. Signature of attorney**

**X /s/ David R Sweis**
Signature of attorney for debtor

Date   **February 11, 2016**
MM / DD / YYYY

**David R Sweis**
Printed name

**Sweis Law Firm**
Firm name

**2803 Butterfield Road Suite 170**
**Oak Brook, IL 60523**
Number, Street, City, State & ZIP Code

Contact phone   **(630)575-8505**    Email address   **david@sweislaw.com**

Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 11, 2016**     X **/s/ Paul Boersma**
_____          _____
                                 Signature of individual signing on behalf of debtor

                                 **Paul Boersma**
                                 _____
                                 Printed name

                                 **Member**
                                 _____
                                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:    Summary of Assets**

1.   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $    **24,256.95**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $    **24,256.95**

**Part 2:    Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................................... $    **95,919.38**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*............................................................ $    **141,642.71**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*................................................ +$    **108,703.50**

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b     $    **346,265.59**

**Fill in this information to identify the case:**

Debtor name   **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of
                                                                                          debtor's interest**

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:        **12,256.95**     -        **0.00**   =....      **$12,256.95**
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                            **$12,256.95**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ■ Yes Fill in the information below.

                                                    **Valuation method used        Current value of
                                                    for current value**            debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Boersma Plumbing & Heating Service, LLC**                     Case number *(If known)* _____
_____
Name

Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

15.1..    **NONE** _____    _____ %    _____    **$0.00**

15.2..    **NONE** _____    _____ %    _____    **$0.00**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

16.1..    **NONE** _____    _____    **$0.00**

17.    **Total of Part 4.**                                                                    **$0.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials**<br>**NONE** | | **$0.00** | | **$0.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                    **$0.00**
Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Boersma Plumbing & Heating Service, LLC**        Case number *(If known)* _____
Name

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** <br> NONE | **$0.00** | | **$0.00** |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* <br> NONE | **$0.00** | | **$0.00** |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> NONE | **$0.00** | | **$0.00** |
| **31.** **Farm and fishing supplies, chemicals, and feed** <br> NONE | **$0.00** | | **$0.00** |

**32.**    **Other farming and fishing-related property not already listed in Part 6**

**33.**    **Total of Part 6.**                                **$0.00**
        Add lines 28 through 32.  Copy the total to line 85.

**34.**    **Is the debtor a member of an agricultural cooperative?**
        ■ No
        ☐ Yes.  Is any of the debtor's property stored at the cooperative?
              ☐ No
              ☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**
        ■ No
        ☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |

Debtor    **Boersma Plumbing & Heating Service, LLC**    Case number *(If known)* _____
_____
Name

41. **Office equipment, including all computer equipment and
communication systems equipment and software**
**1 0.33 HP Electric Eel Drain Cleaner**
**1 0.50 HP Electric Eel Drain cleaner**
**1 0.75 HP Electric Eel Drain cleaner**
**3 Bosch Demolition hammer**
**1 Ridgid Power Drive 700 Threading Machine**
**1 Ridgid Kollman power rodder**
**1 Ridgid Sewer Video Machine w/ Monior**
**1 Litehouse Laser Level**
**1 Electric Jackhammer**
**1 Ridgid Sewer locator**
**1 Power lift**
**1 Ridgid Soldering Gun**
**1 Ridgid Copper Cleaning/Cutting Machine**
**2 Appliance wheel dollies**
**1 Ridgid #300 Power Drive**
**1 Ridged #1215 Threading Machine**
**1 Ridged #65 R**
**1 Ridgid Soil pipe chain snapper**
**2 Pipe Stands**
**3 Milwaukee Sawzall**
**3 Drills**
**Assorted hand tools**
**3 Small Power drain cleaning machines -
General Power vee**
**3 Fiberglass Ladders**
**1 16 gallon shop vacuum**
**Assorted small pipe threading tools**
**1 Bench grinder w/stand**
**2 48" pipe wrench**
**1 48" aluminum pipe wrench**                                    **$1,000.00**                    **$1,000.00**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles
42.1.. **NONE**                                                       **$0.00**                        **$0.00**

43. **Total of Part 7.**                                                                                      **$1,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.. | **2006 - GMC Coventry Van**<br>**Location: 439 W. 41st, Chicago IL 60609** | $0.00 | $3,000.00 |
| 47.2.. | **2005 GMC Savannah Van**<br>**Location: 439 W. 41st, Chicago IL 60609** | $0.00 | $4,000.00 |
| 47.3.. | **2004 GMC Savannah Van**<br>**Location: 439 W. 41st, Chicago IL 60609** | $0.00 | $4,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1.. | **NONE** | $0.00 | $0.00 |
| 48.2.. | **NONE** | $0.00 | $0.00 |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1.. | **NONE** | $0.00 | $0.00 |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $11,000.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Boersma Plumbing & Heating Service, LLC**_____   Case number *(If known)* _____
Name

| NONE | $0.00 | $0.00 |
|------|-------|-------|

61.   **Internet domain names and websites**

62.   **Licenses, franchises, and royalties**

| NONE | $0.00 | $0.00 |
|------|-------|-------|

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**

|  | $0.00 |
|--|-------|

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | All other assets |
|----------|------------------|

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|--|-----------------------------------|

71.   **Notes receivable**
  Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

| NONE | $0.00 |
|------|-------|

| NONE | $0.00 |
|------|-------|

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor      **Boersma Plumbing & Heating Service, LLC**                    Case number *(If known)* _____
Name

**NONE**                                                                              **$0.00**

**Nature of claim**
**Amount requested**                                          **$0.00**

76.      **Trusts, equitable or future interests in property**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

77.      **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

**NONE**                                                                              **$0.00**

78.      **Total of Part 11.**                                                 **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Boersma Plumbing & Heating Service, LLC**                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,256.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,256.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $24,256.95 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **n/a** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Plumbers Pension Fund, Local, 130** | Describe debtor's property that is subject to a lien | $92,519.38 | $92,519.38 |
|---|---|---|---|---|

Creditor's Name

**Judgment for Union dues**

**1340 W. Washington
Chicago, IL 60607**

Creditor's mailing address

Describe the lien

**Judgment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Boersma Plumbing & Heating Service, LLC**    Case number (if know)
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Weng Lei** | Describe debtor's property that is subject to a lien | $3,400.00 | $3,400.00 |

Creditor's Name

**Lease Security Deposit**

**2901 S. Wallace**
**Chicago, IL 60616**

Creditor's mailing address

Describe the lien

**Security Deposit**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2/1/2011**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $95,919.38

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Gregorio Marco**<br>**2 North LaSalle Street**<br>**Suite 1650**<br>**Chicago, IL 60602** | Line **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name   **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.00** | **$1,360.00** |
|  | **City of Chicago, Revenue Dept** | *Check all that apply.* | | |
|  | **118 N. Clark** | ☐ Contingent | | |
|  | **10th Floor** | ☐ Unliquidated | | |
|  | **Chicago, IL 60680-1292** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **Throughout 2015** | **Traffic Violation** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No | | |
|  | 11 U.S.C. § 507(a) (<u>8</u>) | ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$200.00** | **$200.00** |
|  | **City of Markham** | *Check all that apply.* | | |
|  | **75 Remittance Drive** | ☐ Contingent | | |
|  | **Suite 6658** | ☐ Unliquidated | | |
|  | **Chicago, IL 60675-6658** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2015** | **Traffic Violation** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | **Specify Code subsection of PRIORITY unsecured claim:** | ☑ No | | |
|  | 11 U.S.C. § 507(a) (<u>8</u>) | ☐ Yes | | |

Debtor    **Boersma Plumbing & Heating Service, LLC**                     Case number (if known)
          Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,121.26 | $10,121.26 |

**Illinois Department of Revenue**
**P.O. Box 19052**
**Springfield, IL 62794-9052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**State Taxes**

Last 4 digits of account number **2782**
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,281.20 | $5,281.20 |

**Illinois Dept  Employment Security**
**P.O. Box 19300**
**Springfield, IL 62794**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015**

Basis for the claim:
**Employment taxes**

Last 4 digits of account number **2782**
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124,680.25 | $124,680.25 |

**Internal Revenue Service**
**230 S. Dearborn Street**
**Room 2650, M/S 5114 CHI**
**Chicago, IL 60604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**11/30/2015**

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number **2782**
Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☐ No
☑ Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.17 |

**147th & Cicero Currency Exchange**
**14655 S. Cicero**
**Midlothian, IL 60445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Check**

Date or dates debt was incurred    **June 5, 2015**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$609.38**

**AT&T**
**P.O. Box 5080**
**Carol Stream, IL 60197-5080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Telephone services**

Date or dates debt was incurred    **Revolving Account**

**Is the claim subject to offset?**

Last 4 digits of account number    **1696**

■ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$102.00**

**AT&T U Verse**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Internet**

Date or dates debt was incurred    **Revolving Account**

**Is the claim subject to offset?**

Last 4 digits of account number    **9529**

■ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$48,861.11**

**Bank of America**
**P.O. Box 982238**
**El Paso, TX 79998**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
**Credit Card**

Date or dates debt was incurred    **Revolving Account**

**Is the claim subject to offset?**

Last 4 digits of account number    **0337**

■ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,823.79**

**Banner Plumbing Supply Co.**
**7255 Cottage Grove Avenue**
**Chicago, IL 60619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Plumbing Materials/supplies**

Date or dates debt was incurred    **Revolving Account**

**Is the claim subject to offset?**

Last 4 digits of account number    **er34**

■ No
☐ Yes

---

Debtor  **Boersma Plumbing & Heating Service, LLC**                    Case number (if known) _____
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.00 |
|---|---|---|---|

**Cloversoft**
**7 Mt. Lassen Drive**
**Suite D253**
**San Rafael, CA 94903**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Computer software**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   _____   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | $265.91 |
|---|---|---|---|

**ComEd**
**P.O. Box 6111**
**Carol Stream, IL 60197-6111**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Electric Services**

Date or dates debt was incurred   **Revolving Acct**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **7060**   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | $7,780.48 |
|---|---|---|---|

**Dex Media**
**2200 W. Airfield Drive**
**Dallas, TX 75261**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Yellow pages/Advertising**

Date or dates debt was incurred   **2015**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **7424**   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | | $12,157.26 |
|---|---|---|---|

**EMC Insurance**
**P.O. Box 219225**
**Kansas City, MO 64121-9225**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Insurance**

Date or dates debt was incurred   **Revolving Acct**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **6970**   ☐ Yes

---

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,446.83**

**Mulcahy, Pauritsch, Salvador & Co.**
**14300 Ravinia Avenue**
**Suite 200**
**Orland Park, IL 60462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Accounting Services**

Date or dates debt was incurred    **Revolving Account**

Is the claim subject to offset?

Last 4 digits of account number    **5200**

■ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$419.90**

**Peoples Gas**
**P.O. Box 19100**
**Green Bay, WI 54307-1900**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Gas utility**

Date or dates debt was incurred    **Revolving Account**

Is the claim subject to offset?

Last 4 digits of account number    **2079**

■ No
☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$814.40**

**Teletrac, Inc.**
**1725 Winnetka Cir.**
**Rolling Meadows, IL 60008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Automobile GPS tracking system**

Date or dates debt was incurred    **2015**

Is the claim subject to offset?

Last 4 digits of account number    **1546**

■ No
☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$195.40**

**Tri State Disposal**
**13903 S. Ashland Avenue**
**Riverdale, IL 60827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trash/garbage pick up**

Date or dates debt was incurred    **Revolving Account**

Is the claim subject to offset?

Last 4 digits of account number    **9000**

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Boersma Plumbing & Heating Service, LLC** | | Case number *(if known)* | |
| | Name | | | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.55 |

**Verizon Wireless**
**P.O. Box 25505**
**Lehigh Valley, PA 18002-5505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Mobile Phone Services**

Date or dates debt was incurred    **Revolving**

**Is the claim subject to offset?**

Last 4 digits of account number    **0001**

■ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.35 |

**Wirtz Rentals Co.**
**1045 W. 47th Street**
**Chicago, IL 60609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Tool Rentals**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,554.97 |

**Wolverine Brass Inc.**
**P.O. Box 842356**
**Boston, MA 02284**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Plumbing materials**

Date or dates debt was incurred    **2015**

**Is the claim subject to offset?**

Last 4 digits of account number    **2992**

■ No
☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blitt & Gaines P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** | Line **3.16**<br>☐ Not listed. Explain | **1082** |
| 4.2 | **McCarthy, Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line **3.8**<br>☐ Not listed. Explain | **1094** |
| 4.3 | **Sorman & Frankel Ltd.**<br>**180 N. LaSalle Street**<br>**Suite 2700**<br>**Chicago, IL 60601** | Line **3.1**<br>☐ Not listed. Explain | |

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number (if known) | |
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 141,642.71 |
| **5b. Total claims from Part 2** | 5b. + | $ | 108,703.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 250,346.21 |

**Fill in this information to identify the case:**

Debtor name    **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Leasehold interest in 439 W. 41st Street, Chicago, IL 60616** | |
| State the term remaining | **less than 30 days** | |
| List the contract number of any government contract | _____ | **Weng Lei** <br> **2901 S. Wallace Ave** <br> **Chicago, IL 60616** |

**Fill in this information to identify the case:**

Debtor name __**Boersma Plumbing & Heating Service, LLC**__

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> _____ <br> City   State   Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name      **Boersma Plumbing & Heating Service, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

12/15

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$439,409.45** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$711,827.09** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | **Ordinary business operation** | **$3,205.32** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Boersma Plumbing & Heating Service, LLC** | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **N/A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **N/A** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **NONE** | | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **N/A** | | | **$0.00** |
| | Last 4 digits of account number: _____ | | |
| **N/A** | | | **$0.00** |
| | Last 4 digits of account number: _____ | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List any legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Boersma Plumbing & Heating Service, LLC**          Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Plumbers Pension Fund, Local 130, U.A. et al v. Boersma Plumbing & Heating Service, LLC.**<br><br>**15CV08414**<br>**15CV8414** | **Breach of Contract** | **District Court for Northern District IL**<br>**219 S. Dearborn**<br>**Chicago, IL 60604** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **147 & Cicero Currency Exchange Inc. v. Boersma Plumbing & Heating Service, LLC and Paul Boersma**<br>**15M1120116** | **Breach of Contract/Returned Check** | **Circuit Court Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **N/A** | | **$0.00** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **N/A** | | | **$0.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:**   **Certain Losses**

10.   **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **N/A** | | | **$0.00** |

Debtor    **Boersma Plumbing & Heating Service, LLC**    Case number *(if known)* _____

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **N/A** | **0.00** | | **$0.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **N/A** | | | **$0.00** |
| **Trustee** | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Hawkinson Ford 6100 W. 95th Oak Lawn, IL 60453** | **Totaled 2002 GMC Savannah : $250.00** | **December 2015** | **$250.00** |
| | **Relationship to debtor** **None** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

---

Debtor **Boersma Plumbing & Heating Service, LLC** _____ Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **NONE** | |

<div style="background:black">

**Part 8:    Health Care Bankruptcies**
</div>

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.   **N/A** | | |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

<div style="background:black">

**Part 9:    Personally Identifiable Information**
</div>

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Debtor solely collects names, phone numbers and addresses of customers needed to carry out its plumbing services in the ordinary course of business.  Debtor does not collect social security numbers.**
> Does the debtor have a privacy policy about that information?
> ■ No
> ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

<div style="background:black">

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**
</div>

Debtor  **Boersma Plumbing & Heating Service, LLC**                          Case number *(if known)*

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **N/A** | **XXXX-0** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | | **$0.00** |

---

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **N/A** | | | ■ No<br>☐ Yes |

---

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **n/a** | **n/a** | **n/a** | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **N/A** | | | **$0.00** |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

| Debtor | **Boersma Plumbing & Heating Service, LLC** | Case number *(if known)* |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | **Approximately 10 + years ago the debtor was involved in an asbestos case involving an address where services were being rendered.  Debtor does not have records pertaining to the suit.** | ☐ Pending
☐ On appeal
■ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **N/A** | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **N/A** | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| 25.1.    **N/A** | | **EIN:**

**From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Boersma Plumbing & Heating Service, LLC**    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Mulcahy, Pauritsch, Salvador & Co., Ltd**<br>**14300 S Ravinia Ave, Suite 200**<br>**Orland Park, IL 60462** | **2013 - Tax Returns**<br>**2014 - Tax Returns**<br>**2015 - Tax Returns** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Plumbers Pension Fund, Local 130, U.A.**<br>**1310 W. Washington**<br>**Chicago, IL 60607** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Audrey Boersma**<br>**14407 S. Tripp**<br>**Midlothian, IL 60445** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Small Business Term Loans, Inc.**<br>**5852 B Faringdon Place**<br>**Raleigh, NC 27609** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Paul Boersma** | **January 20, 2016** | **Approximately $12,000.00** |
| **Name and address of the person who has possession of inventory records**<br><br>**Paul Boersma**<br>**14449 Kilpatrick Avenue**<br>**Midlothian, IL 60445** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Boersma Plumbing & Heating Service, LLC**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Paul Boersma | 14449 Kilpatrick | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Audrey Boersma | 14407 S Tripp | Secretary | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| N/A | | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| N/A | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Paul Boersma<br>14449 Kilpatrick<br>Midlothian, IL 60445 | 86,903.73 | 52 week year 2015 | Salary - $85,369.20<br>2 distributions totaling: $1534.53 |
| | **Relationship to debtor**<br>Member | | | |
| 30.2. | Audrey Boersma<br>14407 S. Tripp<br>Midlothian, IL 60445 | 50,000.00 | 52 week year 2015 | Salary |
| | **Relationship to debtor**<br>Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor  **Boersma Plumbing & Heating Service, LLC**                    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **N/A** | EIN:   **N/A** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
☑  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Plumbers Pension Fund, Local 130, U.A.** | EIN: |

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 11, 2016**

**/s/ Paul Boersma**                                    **Paul Boersma**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑  No
☐  Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Boersma Plumbing & Heating Service, LLC**                         Case No. _____

_____ Debtor(s)         Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $     **2,500.00** |
| Prior to the filing of this statement I have received | $     **2,500.00** |
| Balance Due | $     **0.00** |

2.    The source of the compensation paid to me was:

☐ Debtor          ☒ Other (specify):    **Gilbert Boersma**

3.    The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify):

4.    ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 11, 2016**                               **/s/ David R Sweis**
_____          _____
*Date*                                              **David R Sweis**
                                                    *Signature of Attorney*
                                                    **Sweis Law Firm**
                                                    **2803 Butterfield Road Suite 170**
                                                    **Oak Brook, IL 60523**
                                                    **(630)575-8505   Fax: (312)268-7284**
                                                    **david@sweislaw.com**
                                                    *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Boersma Plumbing & Heating Service, LLC**
<div align="right">Debtor(s)</div>

Case No.
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **28**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 11, 2016**

**/s/ Paul Boersma**
**Paul Boersma**/**Member**
Signer/Title

147th & Cicero Currency Exchange
14655 S. Cicero
Midlothian, IL 60445


AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080


AT&T U Verse
P.O. Box 5014
Carol Stream, IL 60197-5014


Bank of America
P.O. Box 982238
El Paso, TX 79998


Banner Plumbing Supply Co.
7255 Cottage Grove Avenue
Chicago, IL 60619


Blitt & Gaines P.C.
661 Glenn Avenue
Wheeling, IL 60090


City of Chicago, Revenue Dept
118 N. Clark
10th Floor
Chicago, IL 60680-1292


City of Markham
75 Remittance Drive
Suite 6658
Chicago, IL 60675-6658


Cloversoft
7 Mt. Lassen Drive
Suite D253
San Rafael, CA 94903


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Dex Media
2200 W. Airfield Drive
Dallas, TX 75261


EMC Insurance
P.O. Box 219225
Kansas City, MO 64121-9225


Gregorio Marco
2 North LaSalle Street
Suite 1650
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19052
Springfield, IL 62794-9052


Illinois Dept  Employment Security
P.O. Box 19300
Springfield, IL 62794


Internal Revenue Service
230 S. Dearborn Street
Room 2650, M/S 5114 CHI
Chicago, IL 60604


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146


Mulcahy, Pauritsch, Salvador & Co.
14300 Ravinia Avenue
Suite 200
Orland Park, IL 60462


n/a


Peoples Gas
P.O. Box 19100
Green Bay, WI 54307-1900

Plumbers Pension Fund, Local, 130
1340 W. Washington
Chicago, IL 60607


Sorman & Frankel Ltd.
180 N. LaSalle Street
Suite 2700
Chicago, IL 60601


Teletrac, Inc.
1725 Winnetka Cir.
Rolling Meadows, IL 60008


Tri State Disposal
13903 S. Ashland Avenue
Riverdale, IL 60827


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Weng Lei
2901 S. Wallace Ave
Chicago, IL 60616


Wirtz Rentals Co.
1045 W. 47th Street
Chicago, IL 60609


Wolverine Brass Inc.
P.O. Box 842356
Boston, MA 02284

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Boersma Plumbing & Heating Service, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Boersma Plumbing & Heating Service, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paul Boersma**
**14449 Kilpatrick Avenue**
**Midlothian, IL 60445**

☐ None [*Check if applicable*]

**February 11, 2016**

Date

**/s/ David R Sweis**

**David R Sweis**

Signature of Attorney or Litigant

Counsel for   **Boersma Plumbing & Heating Service, LLC**

**Sweis Law Firm**
**2803 Butterfield Road Suite 170**
**Oak Brook, IL 60523**
**(630)575-8505 Fax:(312)268-7284**
**david@sweislaw.com**